No. 9005. STATE EX REL. ARNOLD H. OLSEN, etc., APPELLANT, *v.* WALKERS SOCIAL CLUB, ET AL., RESPONDENTS.
220 Pac. (2d) 488.

Decided August 1, 1950.

*Arnold H. Olson,* Atty. Gen., and *William H. Coldiron* and *Phillip O'Donnell,* Assistant Attys. Gen., for petitioner.

PER CURIAM.

Writ denied.